**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00894-CV

**ERNEST K. BANKAS, Appellant**

**V.**

**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23136**

## ORDER

In a letter dated July 31, 2015, the court reporter informed the Court that she had not received a request to prepare the reporter's record. On that same date, the Court sent a letter to appellant requesting that he provide, within ten days of the date of the letter, with notice that he had requested preparation of the reporter's record and written verification that he had paid or made arrangements to pay the reporter's fee or written documentation that he had been found to be entitled to proceed without payment of costs. We cautioned appellant that if he failed to provide the required documentation within the time specified, the Court may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As of today's date, appellant has not provided the required documentation. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE